UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:  　　　　　　　　　　　DISCIPLINARY PROCEEDINGS
   Brian T. Lee, NH Bar #13883  　　　　　　1:12-adr-00008-JL
   Date Admitted to USDC Bar: 10/31/2006

O R D E R

After a hearing held on August 31, 2012, it is ordered that my Order of Immediate Suspension dated August 6, 2012, is vacated.

A Disciplinary Hearing is scheduled for Friday, November 16, 2012, at 2 p.m.

SO ORDERED.

September 3, 2012

                                          Joseph N. Laplante
                                          Chief Judge

cc:    Brian T. Lee
        c/o David W. Ruoff, Esq.
        Howard & Ruoff PLLC
        1850 Elm Street
        Manchester, NH 03104